IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARON SCOTT, individually and on behalf of others similarly situated<br>    Plaintiff | § § § § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:19-cv-00472-N |
| | § | |
| VERYABLE, INC., and MEDLINE INDUSTRIES, INC.<br>    Defendants | § § § § § | |

**PLAINTIFF'S NOTICE OF FILING CONSENT FORM**

Pursuant to 29 U.S.C. § 216(b), the following individual(s) hereby submit a written notice of consent to participate in this action:

- Shamiekia Barnett

          Respectfully submitted,

          /s/ Barry S. Hersh

          _____
          Barry S. Hersh
          State Bar No. 24001114

          *Board Certified in Labor and Employment Law*
          *Texas Board of Legal Specialization*

          Hersh Law Firm, PC
          3626 N. Hall St., Suite 800
          Dallas, TX 75219-5133
          Tel.  (214) 303-1022
          Fax  (214) 550-8170
          barry@hersh-law.com

          ATTORNEY FOR PLAINTIFF AND OPT INS

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served below to all counsel of record via the Northern District of Texas's ECF electronic service system on this the 8th day of May, 2019.

                                      /s/ Barry S. Hersh
                                      _____
                                      Barry S. Hersh