DocuSign Envelope ID: 42FDFF22-82CF-4392-B8DB-7178488290A3

**CONSENT FORM TO PARTICIPATE IN WAGE & HOUR LAWSUIT**

Printed Name: _Shamiekia Barnett_____ :

1. I consent and agree to pursue my claims of unpaid overtime and/or minimum wages through the lawsuit filed against my employer/former employer, **Medline Industries, Inc., Veryable, Inc.**, and any other responsible parties (collectively, "Defendants").

2. I have worked over 40 hours in at least one workweek in the past three years for Defendants and I did not receive an overtime premium of at least one and one-half times my regular rate of pay.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act.

4. I hereby consent, agree, and opt-in to become a plaintiff in the lawsuit and be bound by any judgment by the court or any settlement of this action.

5. I intend to pursue my claim individually or as part of a multi-plaintiff case, unless and until the court certifies this case as a collective action. If the court certifies that this is a collective action, I agree and intend to pursue my claim as an opt-in plaintiff and I designate the named plaintiff(s) as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering into an agreement with the plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit, including settlement.

6. In the event the case is certified as a collective action and later de-certified, I authorize plaintiff's counsel to use this consent form to re-file my claims in a separate or related action against Premier.

7. For purposes of pursuing my overtime claim against Defendants, I choose to be represented by Hersh Law Firm PC and any other attorneys with whom that law firm may associate. I agree to be bound by the attorney-client contract signed by the named plaintiff(s). I authorize the law firm to communicate with me via electronic communications, including text message and e-mail, as well as all other reasonable means of communication.

8. I agree to notify Hersh Law Firm PC if my mailing address, email address, or cell phone number changes.

Signature: _[DocuSigned signature: 08A6EE90CA9345F...]_____